**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Western Energy Alliance and North Dakota Petroleum Council, | ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| U.S. Department of the Interior, Sally Jewell, in her official capacity as Secretary, Bureau of Land Management, part of the U.S. Department of Interior, Neil Knornze, in his official capacity as Director of the Bureau of Land Management, U.S. Department of Agriculture, Tom Vilsack, in his official capacity as Secretary, U.S. Forest Service, a party of the U.S. Department of Agriculture, Thomas L. Tidwell, in his official capacity as Chief, U.S. Forest Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | Case No. 1:16-cv-112 |

Before the court are motions for attorneys Jason T. Morgan and Beth S. Ginsberg to appear

*pro hac vice* on behalf of Intervenors Idaho Power Company and Pacificorp. In accordance with

D.N.D. Gen. L.R. 1.3(D), attorneys Jason T. Morgan and Beth S. Ginsberg have affirmed to submit

to the Local Rules of the United States District Court for the District of North Dakota and to the

jurisdiction of this court in matters of discipline. They have also paid the required admission fees

to the office of the Clerk. Accordingly, the motions (Docket Nos. 24 and 25) are **GRANTED**.

Attorneys Jason T. Morgan and Beth S. Ginsberg are admitted to practice before this court in the

above-entitled action on behalf of Intervenors Idaho Power Company and Pacificorp.

1

**IT IS SO ORDERED.**

Dated this 14th day of July, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge