IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Western Energy Alliance and North Dakota Petroleum Council, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| U.S. Department of the Interior, Sally Jewell, in her official capacity as Secretary, Bureau of Land Management, part of the U.S. Department of Interior, Neil Knornze, in his official capacity as Director of the Bureau of Land Management, U.S. Department of Agriculture, Tom Vilsack, in his official capacity as Secretary, U.S. Forest Service, a party of the U.S. Department of Agriculture, Thomas L. Tidwell, in his official capacity as Chief, U.S. Forest Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 1:16-cv-112 |
| Defendants. | ) | |

Before the court is a motion for attorney William G. Myers III to appear *pro hac vice* on behalf of Amicus Curiae Utah Governor Gary R. Herbert. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Willaim G. Myers III has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 27) is **GRANTED**. Attorney William G. Myers III is admitted to practice before this court in the above-entitled action on behalf of Amicus Curiae Utah Governor Gary R. Herbert.

1

**IT IS SO ORDERED.**

Dated this 15th day of July, 2016.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge