# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Western Energy Alliance and North Dakota Petroleum Council, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| U.S. Department of Interior, Sally Jewel, in her official capacity as Secretary, et. al., | ) ) ) | Case No. 1:16-cv-112 |
| Defendants. | ) ) | |

On November 7, 2016, the court issued an order converting the status of Idaho Power Company and PacifiCorp ("the Utilities")—which had been previously granted status as defendant-intervenors—to one of amici curiae, in light of amendments to Plaintiffs' complaint that eliminated claims directly challenging the Utilities' interests in certain renewable energy transmission line projects. On January 25, 2017, the Utilities filed a "Motion to Withdraw as Amici Curiae." The court **GRANTS** the motion (Docket No. 52) and authorizes the Utilities to withdraw.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court