# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Western Energy Alliance, North Dakota Petroleum Council, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| U.S. Department of the Interior, Ryan Zinke, in his official capacity as Secretary, Bureau of Land Management, a part of the U.S. Department of the Interior, Michael D. Nedd, in his official capacity as Director of the Bureau of Land Management, | ) ) ) ) ) ) ) | Case No. 1-16-cv-112 |
| Defendants. | ) | |

Before the court is the parties' Joint Motion to Stay Litigation. (Doc. No. 64). In the motion, the parties agree this case should be stayed for ninety (90) days to review administrative actions taken since the new administration took office. As represented to the court, these actions may render this litigation moot. Under the broad discretion afforded to this court on such matters, the court **GRANTS** the parties' Joint Motion to Stay Litigation. (Doc. No. 64). All deadlines are vacated and this case shall be stayed for ninety (90) days. On or before October 6, 2017, the parties shall submit a status report with the court detailing how or whether this case should proceed.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
